IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

DIRAJ CHHAPARWAL, M.D.,

    Plaintiff,

v.                                Civil Action No. 1:07CV89
                                          (STAMP)

WEST VIRGINIA UNIVERSITY HOSPITALS, INC.,
WEST VIRGINIA COLLEGE OF MEDICINE AND
HEALTH SERVICES CENTER,
UNIVERSITY HEALTH ASSOCIATES,
BRUCE McCLYMONDS, President and CEO,
NORMAN FERRARI, III, M.D., MARTIN WEISSE, M.D.,
MATTHEW BRUNNER, M.D., NANCY BRUNNER, M.D.,
KATHLEEN PERKINS, M.D., JENNIFER PUMPHREY, M.D.,
JEAN SOMESHWAR, M.D., MELISSA LARZO, M.D.,
MEGAN TROISCHT, M.D., HEATHER HIXENBAUGH, M.D.,
MICHAEL WOLFE AND JOHN DOES 1-X,

    Defendants.

## ORDER GRANTING DEFENDANTS' JOINT MOTION TO EXTEND DEADLINE FOR FILING MEETING REPORT AND PROPOSED DISCOVERY PLAN

On January 28, 2008, the defendants in the above-styled civil action filed a joint motion to extend the deadline for filing the parties' first meeting report and proposed discovery plan pending this Court's ruling on a motion by defendants West Virginia University Hospitals, Inc. ("WVUH") and Bruce McClymonds ("McClymonds") to dismiss for insufficient service of process. The defendants request a reasonable amount of time after such ruling. They also request an order requiring the plaintiff to provide his current address and telephone number and to engage in an initial planning meeting pursuant to Rule 26 of the Federal Rules of Civil Procedure.

This Court finds that the defendants have shown good cause and that the motion to extend time for filing the Rule 26 report should be granted. By separate order, this Court has denied the motion by defendants WVUH and McClymonds to dismiss for insufficient service of process and has granted the plaintiff's request for additional time to serve process. Accordingly, the defendants' motion to extend the deadline for filing the parties' initial meeting report and proposed discovery plan is hereby GRANTED. The parties shall file their initial meeting report and proposed discovery plan on or before **April 25, 2008.** Further, it is ORDERED that the plaintiff inform opposing counsel of his current address and telephone number and confirm with this Court whether the information registered on the Clerk's electronic filing system is current.[1] The plaintiff is reminded that he is required to keep this Court and opposing counsel informed as to his current address at all times.

IT IS SO ORDERED.

The Clerk is DIRECTED to transmit a copy of this memorandum opinion and order to counsel of record herein and to pro se plaintiff, Dr. Diraj Chhaparwal, M.D., at the address listed on the electronic filing system, c/o Shivaram, 71 Gristmill Road, Randolph, New Jersey 07869, and at the address listed in the margin

---

[1]The address the plaintiff has provided on the electronic filing system is c/o Shivaram, 71 Gristmill Road, Randolph, New Jersey 07869. However, the address written in the upper-left margin of the plaintiff's most recent filing with this Court is 207 Gibson Blvd. #9, Clark, New Jersey 07066.

of his most recent filing with this Court, 207 Gibson Blvd. #9, Clark, New Jersey 07066.

DATED: February 7, 2008

>/s/ Frederick P. Stamp, Jr.
>FREDERICK P. STAMP, JR.
>UNITED STATES DISTRICT JUDGE